UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20500-GAYLES

UNITED STATES OF AMERICA

vs.

**SHEILA CHERFILUS-MCCORMICK,**
**EDWIN CHERFILUS,**
**NADEGE LEBLANC, and**
**DAVID KOFI SPENCER,**

      **Defendants.**
_____/

## NOTICE OF APPEARANCE

The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Appearance, requesting that the undersigned be informed of all future filings in the above captioned case.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    /s/ Yeney Hernandez
       Yeney Hernandez
       Assistant United States Attorney
       Court ID No. A5502300
       99 NE 4th St.
       Miami, FL 33132
       Tel.: (305) 961-9277
       Email: Yeney.Hernandez@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Yeney Hernandez*
Yeney Hernandez
Assistant United States Attorney