UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:25-CR-20500-DPG**

**UNITED STATES OF AMERICA**

vs.

**SHEILA CHERFILUS-MCCORMICK,
EDWIN CHERFILUS,
NEDEGE LEBLANC, and
DAVID KOFI SPENCER,**

    **Defendants.**

---

**NOTICE OF APPEARANCE**

    COMES NOW, the United States of America, by and through undersigned Trial Attorney John P. Taddei, noticing this Honorable Court that the undersigned will appear as counsel on the above captioned case.

    Respectfully submitted,

    MATTHEW R. GALEOTTI
    Acting Assistant Attorney General

By: _s/ John P. Taddei_
    John P. Taddei
    Trial Attorney
    Criminal Division
    U.S. Department of Justice
    Court ID No.: A5503168
    950 Pennsylvania Ave. NW, Ste. 1712
    Washington, DC 20530
    Telephone: (202) 514-3885
    E-mail: john.taddei@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:     *s/ John P. Taddei*
              John P. Taddei
              Trial Attorney