**3 DEFENDANTS**

# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 5th Floor**     Date: 11/21/25     Time: 2:00 p.m.

| | |
|---|---|
| Defendant: 1) Edwin Cherfilus | J#: 26022-512     Case #: 25-CR-20500-GAYLES/SHAW-WILDER |
| AUSA: Alexandra Lopez & Yeney Hernandez | Attorney: Michael Pizz, Esq (TEMP) |
| Violation: Conspiracy to Commit Theft of Government Funds. Theft of Government Funds. Conspiracy to Commit Money Laundering. Money Laundering. | Surr/Arrest Date: 11/21/25     YOB: 1974 |
| Proceeding: Initial Appearance | CJA Appt: |
| Bond/PTD Held: ☐ Yes ☐ No | Recommended Bond: |
| Bond Set at: **$20K PSB & $10k 5% Bond** | Co-signed by: |

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: English

**Disposition:**
Defendant advised of rights and charges.
Defense counsel filed a temporary notice of appearance in open court.
The parties stipulated to a bond of $20K PSB & $10K 5% bond.
Brady Order Given

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 12/5/25 | 10am | Duty | Miami |
| PTD/Bond Hearing: | | | | |
| Prelim/**Arraign** or Removal: | 12/5/25 | 10am | Duty | Miami |
| Status Conference RE: | | | | |

D.A.R. **14:11:01; 14:15:28**     Time in Court: **12 mins**

s/Lauren F. Louis     Magistrate Judge