UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-CR-20500-GAYLES/SHAW-WILDER

UNITED STATES OF AMERICA

vs.

SHEILA CHERFILUS-MCCORMICK
_____/

**NOTICES OF TEMPORARY APPEARANCE**

David Oscar Markus, A. Margot Moss, Lauren Field Krasnoff and Melissa Madrigal of MARKUS/MOSS PLLC enter their temporary appearances as counsel on behalf of SHEILA CHERFILUS-MCCORMICK in the above-styled cause. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

    Respectfully submitted,

    **MARKUS/MOSS PLLC**
    40 N.W. Third Street, PH1
    Miami, Florida 33128
    Tel: (305) 379-6667
    markuslaw.com

    By:   /s/ David Oscar Markus
            David Oscar Markus
            Florida Bar Number 119318
            dmarkus@markuslaw.com

            /s/ A. Margot Moss
            A. Margot Moss
            Florida Bar Number 91870
            mmoss@markuslaw.com

/s/ Lauren Field Krasnoff
Lauren Field Krasnoff
Florida Bar Number 86951
lkrasnoff@markuslaw.com


/s/ Melissa Madrigal
Melissa Madrigal
Florida Bar Number 93241
mmadrigal@markuslaw.com