# MINUTE ORDER

Page 1

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**          Date:  11/25/25      Time:  1:30 p.m.

Defendant: Sheila Cherfilus-McCormick      J#: 26679-512      Case #: 25-CR-20500-GAYLES/SHAW-WILDER

AUSA: Alejandra Lopez                    Attorney: Anita Margot Moss of MARKUS/MOSS PLLC (TEMP)

Violation: Consp to Commit Theft of Govt Funds. Theft of Govt Funds. Consp to      Surr/Arrest Date: 11/25/25      YOB: 1979
Commit Money Laundering. Money Laundering. Consp to  Make and
Receive Straw Donor Contributions. Making and Receiving Straw Donor Contributions. Consp to Make a False and Fraudulent Statement on Tax Return.
Aiding and Assisting a False and Fraudulent Statement on a Tax Return.

Proceeding:  Initial Appearance                    CJA Appt:

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond:

Bond Set at:                                        Co-signed by:

☑ Surrender **Personal** and/or do not obtain **passports**/travel docs      Language:  English

☐ Report to PTS as directed/or _____ x's a week/month by
phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial
Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☑ Travel extended to:  **SD-FL /Dist of Columbia /Dist of MD/ ED-VA**

☐ Other:

| Disposition: |
| --- |
| NOA (TEMP) Filed by: Anita Margot Moss, David Oscar Markus, Lauren Field Krasnoff, Melissa Madrigal. |
| Defendant advise of rights and charges. Counsel for Defendant present before court. |
| Parties **STIP** to $25K PSB and $35K 5%. |
| **No hearing Held.** |
| ***Pretrial Supervision NOT imposed.*** |
| ***Defendant released.*** |
| ***\*BRADY ORDER NOT GIVEN\**** |
| Time from today to __11/29/25____ excluded from Speedy Trial Clock |

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
| --- | --- | --- | --- | --- |
| Report RE Counsel: | **12/29/25** | **1:00PM** | **DUTY** | **MIAMI DUTY** |
| PTD/Bond Hearing: | | | | |
| Prelim/**Arraign** or Removal: | **12/29/25** | **1:00PM** | **DUTY** | **MIAMI DUTY** |
| Status Conference RE: | | | | |

D.A.R. **13:36:11**                    Time in Court: **12 mins**

s/Enjolique A. Lett                    Magistrate Judge