UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-CR-20500-GAYLES/SHAW-WILDER

UNITED STATES OF AMERICA

vs.

SHEILA CHERFILUS-MCCORMICK
_____/

**SHEILA CHERFILUS-MCCORMICK'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND**

Sheila Cherfilus-McCormick respectfully requests this Court modify her bond conditions and states as follows:

1. On November 19, 2025, a federal grand jury returned an Indictment charging Congresswoman Cherfilus-McCormick in Count 1 with conspiracy to commit the theft of government funds in violation of 18 U.S.C. § 371, in Count 2 with theft of government funds in violation of 18 U.S.C. § 641, in Count 3 with conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h), and in Counts 4-11 with money laundering in violation of 18 U.S.C. § 1957.

2. On November 25, 2025, the Congresswoman appeared before Magistrate Judge Enjolique A. Lett and was released on a stipulated $25,000.00 personal surety bond and $35,000.00 5% cash personal surety bond (ECF No. 26 and ECF No. 27).

3. Magistrate Judge Lett did not impose pretrial supervision as a condition of bond. (ECF No. 25).

4. Given her responsibilities as a Congresswoman, Ms. Cherfilus-McCormick's bond permits travel within the Southern District of Florida, the District

of Columbia, the District of Maryland, and the Eastern District of Virginia.

5. Congresswoman Cherfilus-McCormick now seeks permission to modify her bail to extend travel to the Middle District of Florida so that she can visit her mother-in-law who lives in Brevard County and who recently underwent back surgery.

6. We have conferred with Assistant United States Attorney Alejandra Lopez who does not object to our request to modify bail to permit Congresswoman Cherfilus-McCormick to travel to the Middle District of Florida.

Accordingly, Congresswoman Cherfilus-McCormick respectfully requests a modification of her bond conditions to allow her to travel to the Middle District of Florida without requiring notice to the government or permission from the Court.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By:  /s/ David Oscar Markus
David Oscar Markus
Florida Bar Number 119318
dmarkus@markuslaw.com

/s/ A. Margot Moss
A. Margot Moss
Florida Bar Number 91870
mmoss@markuslaw.com

/s/ Lauren Field Krasnoff
Lauren Field Krasnoff
Florida Bar Number 86951
lkrasnoff@markuslaw.com

/s/ Melissa Madrigal
Melissa Madrigal
Florida Bar Number 93241
mmadrigal@markuslaw.com