# COURT MINUTES

Page 3

## Magistrate Judge Ellen F. D'Angelo

King Building Courtroom 10-4                    Date: 12/05/2025   Time: 10:00 a.m.

Defendant: Nadege Leblanc          J#: BOND       Case #: 25-CR-20500-GAYLES
AUSA: Alejandra Lopez              Attorney: Marcos Beaton, Esq.-CJA
Violation: Conspiracy to Make and Receive Straw Donor Contribution
Proceeding: Arraignment            CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No         Recommended Bond:
Bond Set at: $20K PSB & $18K 5% Bond          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

Disposition:
**BRADY Order Given** Defendant filed Waiver of Personal Appearance at Arraignment D.E. [30]
— Defendant arraigned.
Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.
— Defendant's Ore Tenus request for the entry of the Standing discovery Order - Granted.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:       Time:       Judge:       Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:27:06                          Time in Court: 5 minutes