# COURT MINUTES

Page 4

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-4                      Date: 12/05/2025   Time: 10:00 a.m.

Defendant: Edwin Cherfilus          J#: BOND         Case #: 25-CR-20500-GAYLES

AUSA: Alejandra Lopez                Attorney: T. AFPD: Sowmya Bharati

Violation: Conspiracy to Commit Theft of Government Funds

Proceeding: Report RE: Counsel/Arraignment            CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No         Recommended Bond:

Bond Set at: $20K PSB & $10K 5% Bond            Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

Disposition:
**BRADY Order Given** Attorney Michael Pizz filed TEMP N.O.A. at Initial Appearance.
— Defendant's ore tenus request for appointment of counsel — Granted.
— Defendant sworn
— AFPD: appointed
— Defendant arraigned
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:32:01                                    Time in Court: 6 minutes