UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-CR-20500-GAYLES/SHAW-WILDER

UNITED STATES OF AMERICA

vs.

SHEILA CHERFILUS-MCCORMICK

_____/

### ORDER ON SHEILA CHERFILUS-MCCORMICK'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND

**THIS MATTER** is before the Court on Sheila Cherfilus-McCormick's Unopposed Motion to Modify Conditions of Bond [ECF No. 36], and

After due consideration, the Motion is **GRANTED**.

Congresswoman Cherfilus-McCormick's bond is modified to allow her to travel to the Middle District of Florida. All other bond conditions remain the same.

**DONE AND ORDERED** this 12th day of December 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**