# COURT MINUTES

Page 1

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**     Date: 1/20/26     Time: 10:00 a.m.

Defendant: **Sheila Cherfilus-McCormick**     J#: **BOND**     Case #: **25-CR-20500-GAYLES**
AUSA: **Alejandra Lopez**     Attorney: Anita Margot Moss -Markus/Moss PLLC– (TEMP)
Violation: CONSP/COMMIT/THEFT OF GOVT FUNDS; CONSP/MONEY LAUNDERING
Proceeding: Report RE: Counsel/ARR     CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at: **$35000 5%; $25,000PSB (STIP)**     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
**NO BRADY ORDER GIVEN –**
**Defense counsel Ore Tenus Motion to continue RRC/ARR – GRANTED.**

Time from today to **2/3/26** excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:
**Report RE Counsel:** 2/3/26     1:30PM     DUTY MIAMI     MIAMI
PTD/Bond Hearing:
Prelim/**Arraign** or Removal: 2/3/26     1:30PM     DUTY MIAMI     MIAMI
Status Conference RE:
D.A.R. **10:10:54**     Time in Court: **4 mins**