UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20500-GAYLES

UNITED STATES OF AMERICA,

vs.

SHEILA CHERFILUS-MCCORMICK,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

    Please take notice that William Barzee enters his permanent appearance as counsel on behalf of SHEILA CHERFILUS-MCCORMICK for trial and/or plea and sentencing purposes only. This appearance does not include direct and/or collateral appeal. The clerk of this court is requested to send copies of all court notices pertaining to this cause to the undersigned counsel.

    Respectfully submitted,

By: /s/ William R. Barzee
William R. Barzee
Florida Bar No. 0158720
Barzee Flores, LLP
40 NW 3rd Street, PH1
Miami, FL 33128
Tel: (305) 374-3998
Fax: (305) 374-3985
Williambarzee@barzeeflores.com

## CERTIFICATE OF SERVICE

I certify that on February 2, 2026, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and was served to the parties in this case from that system.

By: /s/ William R. Barzee
William R. Barzee
