UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20500-GAYLES/SHAW-WILDER

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
SHEILA CHERFILUS-MCCORMICK

    Defendant.
_____/

## WAIVER OF APPEARANCE

I understand that I have been charged by indictment in this case. My attorney has provided a copy of the indictment to me, and we reviewed the indictment together. I understand that my attorney will enter a plea of not guilty as to the indictment at the arraignment. Having discussed the indictment with my attorney, I knowingly waive my appearance at the arraignment on the indictment. I request that the Magistrate Court accept this waiver.

Date: 2/1/2026

_____
Sheila Cherfilus-McCormick,
Defendant

_____
William Barzee, Attorney for
Sheila Cherfilus McCormick

Respectfully submitted,

40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667

By: /s/ William Barzee

Florida Bar No. 0158720

Barzee Flores, LLP
40 NW 3rd Street, PH1
Miami, FL 33128
Tel: (305) 374-3998
Fax: (305) 374-3985
Williambarzee@barzeeflores.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on February 2, 2026.

/s/ William Barzee
William Barzee