UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-CR-20500-GAYLES

UNITED STATES OF AMERICA

vs.

SHEILA CHERFILUS-MCCORMICK
_____/

### ORDER ON UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

**THIS MATTER** is before the Court on Sheila Cherfilus-McCormick's Unopposed Motion for Permission to Travel [ECF No. 62], and

After due consideration, the Motion is **GRANTED**.

Congresswoman Cherfilus-McCormick's is permitted to travel to Chicago, Illinois, from March 5, 2026, through March 7, 2026.

**DONE AND ORDERED** this 3rd day of March, 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**