**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>25-CR-20500-Gayles/Shaw-Wilder-1</u>**

**UNITED STATES OF AMERICA**

**vs.**

**SHEILA CHERFILUS-MCCORMICK,**

    **Defendant.**

_____/

**GOVERNMENT'S UNOPPOSED MOTION FOR**
**<u>REVISED FILTER PROTOCOLS</u>**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby makes the following unopposed Motion for Revised Filter Protocols regarding Sheila Cherfilus-McCormick (the "Defendant"). In support thereof, the United States avers as follows:

**<u>MEMORANDUM OF FACT</u>**

1. On or about August 8, 2024, a search warrant for the personal cellular telephone of the above-named Defendant was executed. *See S. Dist. of Fl. case no.* 24-mj-6346-Leibowitz/Valle (sealed). Upon executing the search warrant, the Government requested guidance from the issuing magistrate court on how to conduct the filter review of the cellular telephone. *Id.* at ECF No. 6. Eventually the district court issued a Sealed Order on the filter protocol regarding the Defendant's cellular telephone. *Id.* at ECF No. 39.

2. On or about February 5, 2025, a search warrant for the Defendant's personal email address, post-dating January 18, 2022, was executed upon Microsoft Corporation. *See S. Dist. of*

*Fl. case no.* 25-mj-02238-Reid (sealed).  Upon receiving the search warrant returns from Microsoft Corporation, the United States petitioned the district court for an updated filter protocol for the Defendant's cellular telephone (*S. Dist. of Fl. case no.* 24-mj-6346-Leibowitz/Valle (sealed) at ECF No. 40, 41), and for a new filter protocol for the Defendant's personal email address (*S. Dist. of Fl. case no.* 25-mj-02238-Reid (sealed) at ECF Nos. 4, 5, 6), both based upon the district court's prior filter protocol in case number 24-mj-6346-Leibowitz/Valle (sealed).

3.     The district court entered an order updating the cellular telephone filter protocol and entered a new filter protocol for the personal email address, on April 21, 2025.  *See S. Dist. of Fl. case no.* 24-mj-6346-Leibowitz/Valle (sealed) at ECF No. 42; *S. Dist. of Fl. case no.* 25-mj-02238-Reid (sealed) at ECF No. 7.

4.     On February 3, 2026, counsel for the Defendant entered his notice of appearance on behalf of the Defendant, and the Defendant's prior attorney ceased to represent her in this matter. (ECF No. 55).  At that time, the filter reviews—which had been conducted by prior counsel on behalf of the Defendant—were still outstanding.

5.     As of the filing of this Motion, the filter reviews of the cellular telephone and the personal email address are still either partially or completely outstanding, and all prior time provisions in the filter protocols have now elapsed.

**THE GOVERNMENT'S REQUEST**

In order to efficiently and timely complete the filter reviews for the Defendant's cellular telephone and personal email address prior to the current trial date, the United States makes the following requests:

(a) *Cellular Telephone*: the Government requests the Court enter an updated filter protocol for the Defendant's cellular telephone, reflecting the revised timeline for the remaining items

pending filter review.  This proposed filter protocol is appended to this Motion as "Attachment A."

(b) *Personal Email Address*: the Government requests the Court enter an updated filter protocol for the Defendant's personal email address, reflecting a revised timeframe for the completion of this filter review.  This proposed filter protocol is appended to this Motion as "Attachment B."

The Government avers that Attachments A and B to this Motion closely follow the procedures set forth in Judge Liebowitz's previously entered filter protocols.  The Government further avers that this request is made in good faith, in order to timely complete the filter protocols in this matter.

## CONFERRAL WITH OPPOSING COUNSEL

Pursuant to Local Rule 88.9, the United States has conferred with counsel for the Defendant, William Barzee, Esquire and Ivliss Mantilla, Esquire.  Counsel for the Defendant do not have an objection to the Government's Motion and have agreed with the proposed filter protocols, included here as Attachments A and B.

If requested, the parties can provide further explanation for the requested revised filter protocols to this Court, either by written submissions or at a hearing before this Court.

## CONCLUSION

WHEREFORE, the United States respectfully requests this Court grant its Motion and enter new filter protocols in this matter as outlined above.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  /s/*Alejandra L. López*
      Alejandra L. López
      Assistant United States Attorney
      Florida Bar No. 37132
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9241
      Email: Alejandra.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 11, 2026, I conventionally filed the foregoing document with the Clerk of the Court and the same caused a copy to be served upon counsel for the Defendant, William Barzee, Esquire and Ivliss Mantilla, Esquire.

      /s/ *Alejandra L. López*
      Alejandra L. López
      Assistant United States Attorney

4