**ATTACHMENT B**

I.      **Filter Team Membership and Consultation**

The filter team, whose members are not members of the Prosecution Team, will consist of filter attorneys from the Special Matters Unit ("SMU") of the Fraud Section of the Department of Justice (the "Filter Government Attorney") and/or from the U.S. Attorney's Office for the Southern District of Florida ("USAO"), filter paralegals from SMU and/or the USAO, and one or more Agents/Analysts from the Miami Field Office of the Federal Bureau of Investigation. Any supervisor involved in the filter team review shall be walled off from the underlying investigation. The filter team, and any supervisor involved with the filter team, will not disclose the contents of any privileged materials to the Prosecution Team except as provided in this filter protocol.

The forensic examiner will be permitted to testify to the extraction and copying of electronic data, if necessary. In addition, if the forensic examiner locates material that is ultimately provided to the Prosecution Team, as outlined below, then the forensic examiner will be permitted to testify regarding the location and recovery of that material, as well as the filter procedures. The forensic examiner should avoid examining privileged or potentially privileged material except as may be incidental to the performance of their duties and should not reveal the contents of any such material to any member of the Prosecution Team. During the review process, the filter team should review the search warrants used to obtain the ESI and may otherwise rely on descriptions from the prosecution team concerning the facts of the investigation and the scope of the warrant(s) to assist in its determinations.

II.     **Procedures Related to the Review of Seized Material by the Filter Team and Counsel by Former Rep. Cherfilus-McCormick.**

The following encompasses the procedures related to the review of seized material:

A.      A forensic examiner(s) will copy or image the contents of the February 2025 Microsoft search warrant returns for account "scherfilus@hotmail.com" (the "Microsoft Search Warrant Materials"). A forensic examiner(s) shall, in accordance with their usual procedures, also determine whether the copy or image of the Microsoft Search Warrant Materials is complete and accurate.

B.      The Filter Government Attorney will provide a copy of the contents of the email account to counsel for Ms. Cherfilus-McCormick as soon as possible.

C.      The previously approved search terms used in the procedures related to the seized material in Southern District of Florida case number 0:24-mj-6346-LEIBOWITZ/VALLE (the "Cell Phone Filter Protocol") shall be applied to the review of the Microsoft Search Warrant Materials. The Filter Team may use these terms to aid in their search and preservation of potentially privileged material. However, the existence of a search terms in a given file does not imply, by itself, that the file shall be designated as privileged.  The Filter Team may, at its discretion, include supplemental terms if it identifies potentially privileged material that is not caught by the agreed search terms.

D.      No later than fifteen (15) days after the entry of this Order, the Filter Team shall provide counsel for Ms. Cherfilus-McCormick  with an organized log and copy of all documents generated from the search terms.

E.      No later than sixty (60) days after the conclusion of the Cell Phone Filter Protocol procedures entered in this matter, (ECF No. ___), counsel for Ms. Cherfilus-McCormick shall provide the Filter Government Attorney with a privilege log of all material which Ms. Cherfilus-McCormick believes is privileged under the Speech and Debate Clause. By the same date, counsel for Ms. Cherfilus-McCormick shall present the Filter Team with an additional log of attorney-client privileged material and marital privileged material. The privilege logs shall include: the type of document or item; document identification, if applicable; date of the document or communication; the participants; the general subject matter in a manner that does not reveal any privileged information; and the basis of any asserted privileged. All items that the Filter Team and counsel for Ms. Cherfilus-McCormick have not identified as privileged or potentially privileged may be released to the Prosecution Team.

F.      The Filter Government Attorney will then review the privilege logs and may challenge any of Ms. Cherfilus-McCormick's privilege designations within twenty-one (21) days of receipt of the privilege log.

G.      The Filter Government Attorney and counsel for Ms. Cherfilus-McCormick shall confer and attempt to reach a resolution as to those items challenged by the Filter Team within fifteen (15) days of the Filter Government Attorney's

1

challenges.

H.     If the parties are unable to reach a resolution after fifteen (15) days, the Filter Government Attorney and counsel for Ms. Cherfilus-McCormick shall file a joint notice with the Court within no later than fifteen (15) days after the Filter Government Attorney and counsel for Ms. Cherfilus-McCormick's conferral. The Filter Government Attorney may disclose to the Prosecution Team the fact there are items in dispute; the timing of any litigation regarding the disputed items; the number of items in dispute; and that the joint filing has occurred but may not disclose the contents contained therein. The Court will then rule on the parties' privilege disputes.

I.     After the Court has adjudicated the parties' privilege disputes, the Filter Team will provide to the Prosecution Team only those items on the privilege log that the Court has decided are not privileged.

J.     Any items / records that the parties have previously agreed are privileged, or for which the privilege has been sustained by the Court, will be marked by the Filter Team as privileged and will be segregated into a file that is inaccessible to the Prosecution Team. However, the Prosecution Team may receive such material if provided to them by counsel for Ms. Cherfilus-McCormick voluntarily or pursuant to Federal Rule of Criminal Procedure 16(b)O)(A), or upon further Order of the Court.

K.     No member of the Filter Team shall disclose protected material from the Microsoft Search Warrant Materials to members of the Prosecution Team, except in accordance with the provision directly above, or upon further order of the Court.

L.     If the Prosecution Team becomes aware of privileged material, it shall promptly notify counsel for Ms. Cherfilus-McCormick, sequester the material, and ensure that it is not reviewed by anyone else on the Prosecution Team. If counsel for Ms. Cherfilus-McCormick becomes aware of possibly privileged material that has been provided to the Prosecution Team, it shall promptly inform the Filter Team and Prosecution Team who shall sequester the material and ensure that it is not reviewed by anyone else on the Prosecution Team until this Court has the opportunity to adjudicate whether the material is privileged.

## III.     Known References to Consider

These lists are not exhaustive, but rather provide names and items presently known by the case team. Supplementation with new names and items will be made through communication by

2

counsel representing Ms. Cherfilus-McCormick to the Filter Government Attorney.

A.  Legal representation for Targets, Defendants and Privilege-holders

- **Subjects and Privilege-holders**

  - Sheila Cherfilus-McCormick

- **Legal Representation**

  I.  Name: Aria Branch and David Fox, Elias Law Group LLP

  Dates of Representation: approx. January 22, 2024, until present.

  Contact Information: 250 Massachusetts Avenue NW, Suite 400, Washington DC 20001;

  Telephone: 202-968-4518;

  Email: abranch@elias.law & dfox@elias.law.

  II.  Name: David O. Markus and Margot Moss, Markus/Moss PLLC

  Dates of Representation: approx. February 1, 2024, until present.

  Contact Information: 40 NW Third Street, Penthouse One, Miami, FL 33128

  Telephone: 305 379-6667;

  Email: dmarkus@markuslaw.com, mmoss@markuslaw.com

  III. Name: Barak Cohen and Brian Svoboda, LLP

  Dates of Representation: approx. November 2023 to present

  Contact Information: 700 13th Street NW, Suite 800, Washington DC 20005

  Telephone: 202-654-6200

  Email: bcohen@perkinscoie.com, bsvoboda@perkinscoie.com

B.  Search terms

In addition to the generic search terms the Filter Government Attorney will apply, following filter terms should be applied:

- [Parties to enter search terms.]