**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20500-GAYLES**

**UNITED STATES OF AMERICA**

**vs.**

**SHEILA CHERFILUS-MCCORMICK, et al.,**

**Defendants.**
_______________________________________/

**UNITED STATES OF AMERICA'S NOTICE OF REASSIGNMENT**

The undersigned Assistant United States Attorney, Mitchell Hyman, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case. The prior forfeiture counsel for the United States, Assistant United States Attorney Gabrielle Raemy Charest-Turken, is no longer counsel of record for the United States in this case.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: *s/ Mitchell E. Hyman*
Mitchell Evan Hyman
Assistant United States Attorney
Florida Bar No. 125405
U.S. Attorney's Office
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9283
E-mail: Mitchell.Hyman@usdoj.gov