**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20500-GAYLES**

UNITED STATES OF AMERICA

vs.

SHEILA CHERFILUS-MCCORMICK,

Defendant.
_____________________________________/

**ORDER ON UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

**THIS MATTER** is before the Court on Sheila Cherfilus-McCormick's Unopposed Motion for Permission to Travel [ECF No. 85], and being fully advised,

**IT IS HEREBY ORDERED** that the Defendant's Unopposed Motion is **GRANTED**. Mrs. Cherfilus-McCormick is permitted to travel to Raleigh/Garner, North Carolina, from September 4, 2026, through September 7, 2026.

**DONE AND ORDERED** this 2nd day of September 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**