**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20500-GAYLES/SHAW-WILDER**

**UNITED STATES OF AMERICA**

**vs.**

**SHEILA CHERFILUS-MCCORMICK,**
**EDWIN CHERFILUS,**
**NADEGE LEBLANC, and**
**DAVID KOFI SPENCER,**

**Defendants.**
________________________________________/

**UNITED STATES OF AMERICA'S THIRD**
**RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this Third Response to the Standing Discovery Order, which details additional discovery productions since the first Response as follows:

1. **Additional Discovery**

a. On September 14, 2026, the United States provided to the defense the following by via hard drives sent by FedEx, Bates Stamped "DOJ_0001209234" through "DOJ_0001586465," as detailed below:

i. Documents responsive to search warrant for an email account belonging to David K. Spencer;

ii. Transcripts of deposition testimony from the U.S. House of Representatives Committee on Ethics (previously provided to counsel for Ms. Cherfilus-McCormick by the Committee on Ethics); and

iii. Documents responsive to search warrant on Edwin Cherfilus's phone.

A detailed index for each item, including Bates stamp numbers, and discovery letter is also

attached to this response. A list of highly relevant documents for the items listed above will also be sent in separate correspondence.

The materials provided today, as well as the content of this discovery letter and the accompanying index, are subject to the Court's Protective Orders and Amended Protective Orders Authorizing and Regulating Disclosure of Sensitive Information in Discovery (ECF Nos. 34, 57, 65, 67) and should be treated accordingly. As such, pursuant to the Court's Protective Order, they have been marked as "CONFIDENTIAL."

The United States is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial. The United States reiterates its demand for reciprocal discovery.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ *Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Florida Bar No. 37132
99 Northeast 4th Street, 5th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused the same to be served this day on all counsel of record on the attached Service List in the manner specified.

*Alejandra L. López*
ALEJANDRA L. LÓPEZ
Assistant United States Attorney

**SERVICE LIST**
United States v. Cherfilus-McCormick, et. al.
Case No. **25-CR-20500-DPG**
United States District Court
Southern District of Florida

| **Party** | **Counsel** |
|---|---|
| Defendant:<br>Sheila Cherfilus-McCormick | William Barzee, Esquire and Ivlis Mantilla, Esquire<br>**via Notice of Electronic Filing generated by CM/ECF and email.** |
| Defendant:<br>Edwin Cherfilus | AFPD Srilekha Jayanthi<br>**via Notice of Electronic Filing generated by CM/ECF and email.** |
| Defendant:<br>Nadege Leblanc | Marcos Beaton, Jr., Esquire<br>**via Notice of Electronic Filing generated by CM/ECF and email.** |
| Defendant:<br>David K. Spencer | Manuel Casabielle, Esquire<br>**via Notice of Electronic Filing generated by CM/ECF and email.** |